MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY E. GRIVETTE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br><br>JOHNNY E. GRIVETTE JR. ET AL<br>            Defendants. | NO. CR.S-10-0220 GEB<br><br>STIPULATION TO EXTEND DATE FOR SELF SURRENDER; ORDER THEREON<br><br>Date:  March 22, 2013<br>Time:  2:00 p.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESETH, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the self surrender for service of sentence shall be continued to March 22, 2013 at 2:00 p.m.

Stip on self surrender

All other terms and conditions of the defendant's release shall remain in full force and effect.

DATED: January 10  2013        Respectfully submitted,


                               */s/ MARK J. REICHEL*
                               MARK J. REICHEL
                               Attorney for Defendant


                               BENJAMIN B. WAGNER
                               United States Attorney

DATED: January 10  2013        */s/ MARK J. REICHEL* for:
                               PAUL HEMESETH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

O R D E R

IT IS SO ORDERED. All remaining conditions of the defendant's release shall remain in full force and effect.

Dated:   January 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip on self surrender                 2