MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
Fax: (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY E. GRIVETTE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-10-0220 GEB |
| Plaintiff, | STIPULATION TO EXTEND DATE FOR SELF SURRENDER; ORDER THEREON |
| v. | |
| JOHNNY E. GRIVETTE JR. ET AL | Date: April 19, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Garland E. Burrell Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESETH, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the self surrender for service of sentence shall be continued to April 19, 2013 at 2:00 p.m.

Stip on self surrender

All other terms and conditions of the defendant's release shall remain in full force and effect.

DATED: March 20 2013        Respectfully submitted,


                            */s/ MARK J. REICHEL*
                            MARK J. REICHEL
                            Attorney for Defendant


                            BENJAMIN B. WAGNER
                            United States Attorney

DATED: March 20 2013        */s/ MARK J. REICHEL* for:
                            PAUL HEMESETH
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

O R D E R

IT IS SO ORDERED. All remaining conditions of the defendant's release shall remain in full force and effect.

Dated:  March 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge